**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2053**

FITISTICS, LLC, a Connecticut Limited Liability Company,

Plaintiff - Appellee,

and

SEAN MCKIRDY,

Defendant - Appellee,

v.

ERIK B. CHERDAK,

Defendant - Appellant.

**No. 19-1732**

FITISTICS, LLC, a Connecticut Limited Liability Company,

Plaintiff - Appellee,

and

SEAN MCKIRDY,

Defendant - Appellee,

v.

ERIK B. CHERDAK,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:16-cv-00112-LO-JFA; 1:17-cv-00500-LO-IDD)

Submitted: September 27, 2019                    Decided: November 20, 2019

Before DIAZ, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Erik B. Cherdak, Appellant Pro Se.  John Daniel Victor Ferman, BANKS & ASSOCIATES, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erik B. Cherdak appeals the district court's judgment entered after a bench trial as well as several orders disposing of the parties' postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fitistics, LLC, v. Cherdak*, Nos. 1:16-cv-00112-LO-JFA; 1:17-cv-00500-LO-IDD (E.D. Va. Aug. 23, 2018 & June 10, 2019). We deny the motion to supplement the record on appeal. We deny Fitistics' and McKirdy's motion for sanctions, but caution Cherdak that continued pursuit of vexatious litigation tactics and the filing of frivolous appeals may result in sanctions in future cases. We deny Cherdak's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*